IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DENISA D. ADAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-503 (MTT) |
| MACON COUNTY BOARD OF TAX ASSESSORS, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This Court entered an Order on April 17, 2013, instructing the Plaintiff to advise the Court, no later than May 1, 2013, as to the status of her efforts to serve the Defendant, and to show cause why her case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to serve the Defendant. (Doc. 3). The Plaintiff did not respond to the Court's show cause order. Pursuant to Rule 4(m), the Court, after notice to the Plaintiff, must dismiss the action without prejudice if the Defendant is not served within 120 days after the complaint is filed, unless the Plaintiff shows good cause for the failure or the Court, in its discretion, extends the time for service without a showing of good cause. Fed. R. Civ. P. 4(m).

The Plaintiff, having failed to respond to the Court's show cause order, has made no showing of good cause. Accordingly, the Court sees no reason to further extend the time for service of process on the Defendant, and the Plaintiff's complaint is **DISMISSED without prejudice**.

**SO ORDERED**, this the 8th day of May, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
